**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| AMERISOURCEBERGEN CORPORATION AND NEIL HERSON, | : No. 99 MAL 2014 <br> : <br> : |
| Respondents | : Petition for Allowance of Appeal from the <br> : Order of the Superior Court <br> : |
| v. | : <br> : <br> : |
| JOHN DOES 1 AND 2, | : <br> : |
| Petitioners | : |

| | |
|---|---|
| AMERISOURCEBERGEN CORPORATION AND NEIL HERSON, | : No. 100 MAL 2014 <br> : <br> : |
| Respondents | : Petition for Allowance of Appeal from the <br> : Order of the Superior Court <br> : |
| v. | : <br> : <br> : |
| JOHN DOES 1 AND 2, | : <br> : |
| Petitioners | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of August, 2014, the Petition for Allowance of Appeal is **DENIED**. The Application for Permission to File under Seal and to Seal Reproduced Record is GRANTED; the seal pertains only to documents filed in this Court and does not place constraints on any future orders regarding sealing documents.